IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AL MCCULLOUGH                                                                           PLAINTIFF

VS.                                      NO. 4:06CV00390

UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES,
JIM RACZYNSKI, individually and in his official capacity
as Dean of the College of Public Health; HOSEA LONG,
Assistant Vice Chancellor for Human Resources, in his
individual and official capacities                                                      DEFENDANTS

## ORDER

Due to a conflict in the Court's scheduling, this case will be removed from the trial docket the week of September 17, 2007. An amended scheduling order resetting this case for trial will be entered forthwith.

IT IS SO ORDERED this 28th day of August, 2007.

_____
James M. Moody
United States District Judge

1