IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**AL MCCULLOUGH**                                                                                          **PLAINTIFF**

**VS.**                                        **NO.  4:06CV00390**

**UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES,**
**JIM RACZYNSKI, individually and in his official capacity**
**as Dean of the College of Public Health; HOSEA LONG,**
**Assistant Vice Chancellor for Human Resources, in his**
**individual and official capacities**                                                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, Judgment is hereby entered in favor of Defendants.  Plaintiff's Complaint is dismissed with prejudice.  Each party is to bear their own costs and attorney's fees.

DATED this 14th day of January, 2008.

_____
James M. Moody
United States District Judge